|                                                             |   |                      |
|-------------------------------------------------------------|---|----------------------|
|                                                             | * | IN THE               |
| IN THE MATTER OF THE PETITION                               | * | SUPREME COURT        |
| FOR REINSTATEMENT OF AUBREY PAIGE POPPLETON TO THE BAR OF MARYLAND | * | OF MARYLAND |
|                                                             | * | AG No. 49            |
|                                                             | * | September Term, 2024 |

## ORDER

Upon consideration of the petition for reinstatement and Bar Counsel's consent to the petition for reinstatement with conditions of probation, it is this 21st day of May 2025, by the Supreme Court of Maryland,

ORDERED that, subject to the conditions stated in the following paragraphs, the petition is granted; and it is further

ORDERED that, as conditions of her probation and for a one-year period commencing with the date of this order, petitioner shall, pursuant to Rule 19-752(j)(8) through 19-752(j)(10):

1. Practice in a law firm setting with other practicing attorneys or serve in an in-house capacity and not act as a sole practitioner;

2. Continue in her current maintenance and recovery program; and

3. Monthly provide proof to Bar Counsel of her compliance with the above conditions and her continuing fitness to practice law;

and it is further

ORDERED that, as a further condition of probation and prior to the conclusion of her one-year period of probation, petitioner shall provide proof to Bar Counsel of her satisfaction of the judgment in *Midland Funding, LLC v. Aubrey Poppleton*, No. 01-01-0002882-2019 in the District Court of Maryland for Baltimore City; and it is further

ORDERED that, subject to the conditions stated above, the Clerk shall replace Aubrey Paige Poppleton's name on the register of attorneys entitled to practice law in this State and shall provide notice pursuant to Rule 19-761.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk